[No. 5964–1. Division One. December 31, 1979.]

JUANITA GILDA, *Appellant,* v. PUGET SOUND POWER & LIGHT COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 53001, Byron L. Swedberg, J.,

entered August 5, 1977. *Reversed* by unpublished opinion per Swanson, A.C.J., concurred in by James and Ringold, JJ.